1   RENE L. VALLADARES
    Federal Defender
2   MICHAEL J. KENNEDY
    Chief Assistant Federal Defender
3   Nevada State Bar #10103
    Colorado State Bar #17868; California State Bar #193901
4   201 West Liberty Street, Suite 102
    Reno, Nevada 89501
5   Telephone (775) 321-8455 (Reno)
    Telephone (775) 388-5141 (Las Vegas)
6   michael_kennedy@fd.org

7

8               IN THE UNITED STATES DISTRICT COURT

9                   FOR THE DISTRICT OF NEVADA

10

11  UNITED STATES OF AMERICA,        )    3:13-cr-108-MMD-VPC
                                     )
12                  Plaintiff,       )    **Proposed Joint Amended Complex Case**
                                     )    **Schedule Pursuant To Local Court Rule**
13      v.                           )    **16-1(a)**
                                     )
14  VAN McDUFFY,                     )
    also known as Van McDuffie       )
15                                   )
                    Defendant.       )
16

17          **PROPOSED AMENDED COMPLEX CASE SCHEDULE**

18          The Court has previously declared the case a complex case (C.R. 19) based upon the joint

19  motion of counsel (C.R. 16) and the consent of Mr. McDuffy (C.R. 18). The Court has also ordered

20  "that the from the filing of the Proposed Complex Case Schedule through the time until the Filing

21  of the Notice of Intent regarding the death penalty **is excluded from the time within which trial**

22  **must commence** under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(I). (ii), and (iv)." C.R. 19 (emphasis is

23  original). The time needed to complete the Department of Justice's "death penalty protocol" is

24  properly excluded under the Speedy Trial Act. See *United States v. Murillo*, 288 F.3d 1126 (9th Cir.

25  2002) (holding that the Department of Justice's death penalty protocol is a "valid reason to grant an

26  ends of justice continuance" under 18 U.S.C. § 3161(h)(7)(8)(A)). It is the experience of counsel

27  that, even in the most expeditious case, the time necessary to complete the "death penalty protocol"

28

                                        1

1   is usually between 12-18 months in cases in which the decision is to "not seek" the death penalty.

2   This experience is based on actual time periods over the past ten years in five or more federal death

3   penalty eligible cases which counsel has been counsel of record in the District of Nevada, either in

4   Las Vegas or in Reno. For these reasons, the parties jointly request that the Court amend the prior

5   complex case schedule (C.R. 19) as follows:

6   PROPOSED PREAUTHORIZATION AMENDED COMPLEX CASE SCHEDULE

7   1.   The Initial Pre-Authorization Discovery Phase **(No Changes)**.

8   The parties propose that the government shall have from until December 20, 2013 to disclose

9   and provide the following:

10   a.   all statements, documents, and objects, including audio and video recordings,

11   required to be disclosed under Federal Criminal Rules of Procedure

12   16(a)(1)(A)-(F);

13   b.   all search warrants, orders authorizing the interception of wire, oral or

14   electronic communications, and supporting affidavits, that relate to evidence

15   that may be offered at trial;

16   c.   all police or investigative reports that relate to the charges in the Indictment,

17   except for reports or memoranda of interviews of witnesses the government

18   intends to call in its case in chief.

19   If the government intends to withhold the disclosure of items based upon assertions of

20   privilege or work product or otherwise, it must provide notice to the defense of its intent to withhold

21   disclosure and describe the nature of the item and the basis for withholding disclosure.

22   2.   Preauthorization Motions **(Some Changes)**

23   a.   Preauthorization Motions, that is, all motions related to the Death Penalty

24   Protocol, shall be filed on or before April 25, 2014. **(No Change)**

25   b.   Responses to Preauthorization Motions shall be filed on or by May 23, 2014.

26   **(No Change)**

27

28

c. Replies to Preauthorization Motions shall be filed on or by June 6, 2014. (**No Change**).

d. Defendant Van McDuffie shall submit to the United States Attorney his Memorandum to Preauthorization on or by **December 5, 2014** (changed from August 29, 2014).

e. The United States Attorney shall meet with defense counsel regarding Preauthorization on or by **January 9, 2015** (changed from October 3, 2014).

f. The United States Attorney shall submit his recommendation concerning death penalty eligibility to the United States Department of Justice on or by **February 6, 2015** (changed from October 31, 2014).

3. <u>Post-Filing of Notice Of Intent Regarding The Death Penalty</u> (**No Change**)

The parties will file an amended complex case schedule setting forth the schedule for further discovery and discovery motions, pretrial motions, expert disclosure, and related matters within two weeks of the filing of the Notice of Intent regarding the death penalty in the district court.

4. <u>Trial Date</u> (**No Change**)

The parties request that the trial date be set after the United States Attorney General makes his decision whether to authorize the United States Attorney to seek or not seek the death penalty, because the trial time necessary for trial of a federal capital case is dramatically different than the time necessary for trial of a case where the defendant is subject to life imprisonment but not death as the potential penalty.

5. <u>Stipulations For Speedy Trial Purposes</u>.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bodgen, United States Attorney, and Megan Rachow, Assistant United States Attorney, counsel for the United States of America, and Rene Valladares, Federal Public Defender, and Michael Kennedy, Chief Assistant Federal Public Defender, and Cynthia L. Short, Esq., counsel for Van McDuffy, that

1  the additional time beyond October 31, 2014 for the United States Attorney General to make his

2  decision on whether to authorize or whether to not authorize the death penalty in this prosecution

3  is time excluded by the Speedy Trial Act, pursuant to the Court's previous order (C.R. 19).

4  Dated this 18ᵗʰ day of April, 2014.

5  DANIEL G. BOGDEN                          RENE VALLADARES
   United States Attorney                    Federal Public Defender

6

7  /s/ Megan Rachow                          /s/ Michael Kennedy
   MEGAN RACHOW                              MICHAEL J. KENNEDY

8  Assistant United States Attorney          Chief Assistant Federal Public Defender
   Attorney for United States of America     Attorney for Van McDuffy

9

10                                           /s/ Cynthia Short
                                             CYNTHIA L. SHORT

11                                           McCallister Law Firm, P.C.
                                             Attorney for Van McDuffy

12

13                                           Van McDuffy

14

15                         **ORDER**

16        IT IS ORDERED that the schedules for filing pretrial motions and other filings dates set

17  forth in this Amended Proposed Complex Case Schedule are hereby adopted and incorporated as part

18  of this Order. IT IS FURTHER ORDERED that the jury trial previously vacated has been continued

19  to a date to be set following the filing of the Notice of Intent regarding the death penalty and that the

20  calendar call previously vacated has also been continued to a date to be set following the filing of

21  the Notice of Intent regarding the death penalty.

22        **IT IS SO ORDERED.**

23        DATED this ___ day of April ___, 2014
                        22nd

24                                           _____
                                             UNITED STATES DISTRICT JUDGE

25                                           MIRANDA M. DU

26

27

28

4