# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

VAN MCDUFFY,

     Defendant.

Case No. 3:13-cr-00108-MMD-VPC-1

ORDER

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to March 20, 2026, and the government shall file its response by April 20, 2026.

DATED this 27th day of February 2026.

_____

UNITED STATES DISTRICT JUDGE

3