**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

VAN MCDUFFY,

        Defendant.

Case No. 3:13-cr-00108-MMD-VPC-1

ORDER

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to March 30, 2026, and the government shall file its response by April 30, 2026.

DATED this 20th day of March 2026.

_____

UNITED STATES DISTRICT JUDGE

3