**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

VAN MCDUFFY,

      Defendant.

Case No. 3:13-cr-00108-MMD-VPC-1

<u>ORDER</u>

    IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to April 13, 2026, and the government shall file its response by May 14, 2026.

    DATED this <u>7th</u> day of April 2026.

_____
UNITED STATES DISTRICT JUDGE

3